UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALERY RAFALSKY,<br><br>        Plaintiff,<br><br>    v.<br><br>TERMINIX INTERNATIONAL COMPANY, L.P.,<br><br>        Defendant. | CIVIL ACTION NO. 3:17-cv-00460-FLW-DEA |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil procedure, Plaintiff Valery Rafalsky, by and through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice and without costs to either party.

Dated: November 14, 2017            */s/ Jeremy M. Glapion*

                                   Jeremy M. Glapion
                                   **THE GLAPION LAW FIRM, LLC**
                                   1704 Maxwell Drive
                                   Wall, New Jersey 07719
                                   Tel: 732.455.9737
                                   Fax: 732.709.5150
                                   Attorney for Plaintiff

                                   */s/ Vincent P. Rao II*

                                   Lauri A. Mazzuchetti
                                   Vincent P. Rao II
                                   Bridget M. Polloway
                                   **KELLEY DRYE & WARREN LLP**
                                   1 Jefferson Road
                                   Parsippany, New Jersey 07054
                                   Tel: 973-503-5900
                                   Fax: 973-503-5950
                                   Attorneys for Defendant The Terminix
                                   International Company Limited Partnership