UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALERY RAFALSKY,<br><br>        Plaintiff,<br><br>v.<br><br>TERMINIX INTERNATIONAL COMPANY, L.P.,<br><br>        Defendant. | CIVIL ACTION NO. 3:17-cv-00460-FLW-DEA |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil procedure, Plaintiff Valery Rafalsky, by and through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice and without costs to either party.

Dated: November 14, 2017

/s/ Jeremy M. Glapion

Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
Attorney for Plaintiff

/s/ Vincent P. Rao II

Lauri A. Mazzuchetti
Vincent P. Rao II
Bridget M. Polloway
**KELLEY DRYE & WARREN LLP**
1 Jefferson Road
Parsippany, New Jersey 07054
Tel: 973-503-5900
Fax: 973-503-5950
Attorneys for Defendant The Terminix International Company Limited Partnership

IT IS SO ORDERED:  11/15/2017

_Freda L. Wolfson_
FREDA L. WOLFSON, U.S.D.J.